EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2002

at ___ o'clock and ___ ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00226 |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| v | ) | 21 U.S.C. § 860(a), |
| HAROLD GORDON, (01) | ) | 18 U.S.C. § 2 |
| LOREN HAMMOND, and (02) | ) | |
| ARTHUR RILEY, (03) | ) | |
| Defendants. | ) | |

DAE

INDICTMENT

Count 1

The Grand Jury charges that:

On or about May 22, 2002, in the District of Hawaii, defendants Harold Gordon and Arthur Riley did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860

(a), and Title 18, United States Code, Section 2.

Count 2

The Grand Jury charges that:

On or about May 22, 2002, in the District of Hawaii, defendants Harold Gordon and Loren Hammond did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860 (a), and Title 18, United States Code, Section 2.

DATED: _____May 30_____, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Harold Gordon, Loren Hammond, and Arthur Riley
Cr. No. _____
"Indictment"