AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL                720090

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

LOREN D. HAMMOND

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 02-00226 DAE-02

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST LOREN D. HAMMOND and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2006

at 3 o'clock and 51 min P M
SUE BEITIA, CLERK

2006 MAY 18 PM 12:08
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

in violation of Title United States Code, Section(s).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | May 18, 2006 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at No Bail Warrant          By: David Alan Ezra, United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 5/18/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 5/19/06 | Tony Cole DUSM | Tony Cole |