# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00226DAE |
| CASE NAME: | USA v. Loren Hammond |
| ATTYS FOR PLA: | Thomas Koenig |
| ATTYS FOR DEFT: | Richard Gronna |
| USPO: | Carter Lee |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 5/25/2006 | TIME: | 1:30pm-2:15pm |

COURT ACTION: EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Loren Hammond present in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:   36 MONTHS

Supervised Release:   NONE IMPOSED

JUDICIAL RECOMMENDATIONS:   Educational and Vocational training.  Drug treatment.  Mental health treatment.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager