ORIGINAL

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff, | ) ) ) | CASE NO. CR 02-00226 DAE-02 |
| Vs. | ) ) ) | NOTICE OF APPEAL |
| LOREN D. HAMMOND<br>        DEFENDANT. | ) ) ) ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 1 2006

at  1  o'clock and  30  min  P  M
SUE BEITIA, CLERK

NOTICE OF APPEAL

Notice is hereby given that Loren D. Hammond, defendant in the above named case, appeals from the order of Judgement entered on May 25, 2006.

This appeal follows a court trial of a admitted violation of probation.

May 30, 2006
_____
Date

_____

FDC Honolulu
PO Box 30080
HOnolulu, Hawaii
      96820