NAME: Loren D. Hammond
NUMBER: 89288-022
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

CR 02-226 DAE-02

FEDERAL DETENTION CENTER
P.O. BOX 130080
HONOLULU, HI 96819
30 MAY A.M.

DATE: _____

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

ATTN: Clerk of Courts
300 Ala Moana Blvd.
Honolulu, HI 96850

HONOLULU HI 968
30 MAY 2006 PM 2 T

