# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 1 2006

at __ o'clock and 35 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF HAWAII

United States of America,
    Plaintiff,

Case No. CR-02-00226 DAE-02

MOTION TO STAY JUDGEMENT
PENDING APPEAL

Vs.

Loren D. Hammond,
    Defendant.

Notice is hereby given that Loren D. Hammond, Defendant in the above named case, is filing Motion to stay judgement from the order or judgement entered on May 25, 2006 in which the defendant was sentenced to serve 36 months imprisonment.

This Motion follows: a court trial of an admitted violation of probation.

Dated: May 31, 2006
Signed: [signature]

Address: P.O. Box 30080
Honolulu, Hawaii 96820