

HONOLULU HI 968
31 MAY 2006 PM 2 T

NUMBER: 88928-022
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

ATTN: Clerk of the United States District
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

(Legal Mail)

FEDERAL DETENTION CENTER
P.O. BOX 130080
HONOLULU, HI 96819
"SPECIAL MAIL"
DATE: 31 MAY 2006

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.