IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00226 DAE-02 |
| Plaintiff, | ) | |
| vs. | ) | |
| LOREN D. HAMMOND, | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION TO STAY JUDGMENT PENDING APPEAL

The Court having carefully considered Defendant's Motion to Stay Judgment Pending Appeal, the Motion is hereby DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 1, 2006.



David Alan Ezra
United States District Judge