

ORIGINAL

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **LOREN D. HAMMOND** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: 1:02CR00226-002 |
| | USM Number: 88988-022 |
| | **RICHARD GRONNA, ESQ.** |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✓]   admitted guilt to violation of condition(s) 18 U.S.C. §3583(g)(4); and General Condition of the term of supervision.

[ ]   was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   **4491**

Defendant's Residence Address:
**Honolulu, HI 96816**

Defendant's Mailing Address:
**Honolulu, HI 96816**

MAY 25, 2006
Date of Imposition of Sentence

_/s/ signature_
Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

June 2, 2006
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:02CR00226-002
DEFENDANT: LOREN D. HAMMOND

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject submitted urine specimens which tested positive for tetrahydrocannabinol(THC) | 4/26/2005, 6/24/2005, 10/12/2005, and 1/9/2006 |
| 2 | Subject admitted to the possession and use of marijuana | 4/18/2006 |

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:02CR00226-002
DEFENDANT: LOREN D. HAMMOND

Judgment - Page 2 of 3

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:02CR00226-002
DEFENDANT: LOREN D. HAMMOND

Judgment - Page 3 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 MONTHS.

[✔] The court makes the following recommendations to the Bureau of Prisons:
Educational and Vocational training. Drug treatment. Mental health treatment.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal