Law Office of Richard D. Gronna

RICHARD D. GRONNA #5391
Haseko Center
820 Mililani Street, Suite 502
Honolulu, Hawaii 96813
Telephone: 808-523-2441
Facsimile: 808-521-4800
e-mail: rgronna@hawaii.rr.com

Attorney for Defendant
LOREN D. HAMMOND

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 02-00226 DAE-02 |
| vs. | ) NOTICE OF APPEAL; EXHIBIT "A"; ) CERTIFICATE OF SERVICE |
| LOREN D. HAMMOND, | ) |
| Defendant. | ) JUDGE: Honorable David A. Ezra |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Defendant LOREN D. HAMMOND, hereby appeals to the U.S. Court of Appeals for the Ninth Circuit from the Judgment in a Criminal Case entered in this case on June 6, 2006, attached hereto as Exhibit "A".

1

DATED:    Honolulu, Hawaii June 9, 2006        .

                                                  RICHARD D. GRONNA
                                                  Attorney for Defendant
                                                  LOREN D. HAMMOND

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following person by mailing said document on or about the date of filing:

    CONSTANCE A. HASSELL, ESQ.
    Assistant U.S. Attorney
    Office of the United States Attorney
    Prince Kuhio Federal Building
    300 Ala Moana Blvd., Rm. 6-100
    Honolulu, Hawaii  96850

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

DATED:    Honolulu, Hawaii  June 9, 2006.

    RICHARD D. GRONNA