LAW OFFICE OF RICHARD D. GRONNA

RICHARD D. GRONNA #5391
Haseko Center
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone: (808) 523-2441
Facsimile: (808) 521-4800
E-mail: rgronna@hawaii.rr.com

Attorney for Defendant
LOREN D. HAMMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00226-DAE |
|---|---|
| vs. | ) |
| LOREN D. HAMMOND, | ) NOTICE OF MOTION; MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICEE |
| Defendant. | ) Date: _____<br>) Time: _____<br>) Judge: _____ |

NOTICE OF MOTION

TO:   CONSTANCE A. HASSELL, ESQ.
      UNITED STATES ATTORNEY
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii  96813

Please take Notice that the foregoing motion will be presented before the Honorable Barry M. Kurren, in the

1

Courtroom of said Judge located at United States District Court, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, the \_\_\_\_\_ day of _____, at the hour of _____, of said day, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, _June 14, 2006_.

_____
RICHARD D. GRONNA
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00226-DAE |
| vs. | ) MOTION TO WITHDRAW AS COUNSEL; |
| LOREN D. HAMMOND, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

RICHARD D. GRONNA, court appointed legal counsel for Defendant LOREN D. HAMMOND, hereby moves this Honorable Court for an Order allowing him to withdraw as counsel for Defendant Hammond.

This motion is made pursuant to Rule 7(b) of the Rules of the United States District Court for the District of Hawaii, Rules 12.3 and 57.9 of the Federal Court Rules of Criminal Procedure, the attached Declaration of Counsel, the records and files herein, and upon such other and further evidence as may be presented at the time of the hearing of this motion.

## DECLARATION OF COUNSEL

I, Richard D. Gronna, declare that:

1. I am a court appointed legal counsel for Defendant LOREN D. HAMMOND, in this matter before this court.
2. A revocation hearing was held before this court on May 25, 2006, wherein Defendant Hammond was re-sentenced for violating terms and conditions of his probation.
3. Judgment in this case was entered in this court on June 6, 2006.
4. On June 9, 2006, Declarant filed on behalf of the defendant, a Notice of Appeal from the Judgment entered on June 6, 2006.
5. I received from defendant specific instructions on how to proceed with the case. I informed the defendant that I am not in agreement as to those instructions that deviate from my usual practice.
6. That as a result of the disagreement between Defendant Hammond and myself relating to how the case should proceed, this disagreement led to a breakdown of attorney-client relationship.
7. I have done my best to give Defendant Hammond zealous and effective representation in this case, however, I may not be able to adhere to Defendant's specific instructions or wishes as to how this case should proceed.
8. In order to assure Defendant Hammond that he is being properly represented and to avoid any claims that Defendant Hammond was not properly represented, I believe that it is in the best interest of all concerned that the Court allows a withdrawal of counsel.

Based upon the aforementioned, declarant respectfully requests this Honorable Court to grant this Motion to Withdraw as Counsel, and appoint new panel attorney to represent Defendant Hammond.

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAII THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on June 13, 2006.

RICHARD D. GRONNA

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person by the following manner on or about the date of filing:

CONSTANCE A. HASSELL, ESQ.                    Hand-Delivery
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for State of Hawaii

LOREN D. HAMMOND                              Regular Mail
Federal ID No.: 8898802
Federal Detention Center - Honolulu
P.O. Box 30080
Honolulu, Hawaii  96820

Defendant

DATED:    Honolulu, Hawaii   June 14, 2006            .

                                    _____
                                    RICHARD D. GRONNA

6