# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 02-00226DAE

CASE NAME:       USA v. (02) Loren Hammond

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    06/21/2006               TIME:

COURT ACTION:  EO: The Motion to Withdraw as Counsel for (02) Loren Hammond, filed by Richard D. Gronna on 6-15-06, is withdrawn and terminated at the direction of Mr. Gronna.

Submitted by Richlyn W. Young, courtroom manager