

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**   U.S.A. vs. LOREN D. HAMMOND

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00226 DAE-02

II   **DATE NOTICE OF APPEAL FILED:**   5/31/06 (filed by Loren Hammond pro se), 6/9/06 (filed by Richard Gronna, Esq. on behalf of Loren Hammond)

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**              **AMOUNT:**

   **NOT PAID YET:**                    **BILLED:**

   **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?** CJA 12/20/02

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**         **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Erin Taniguchi

   06 10384

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 29 2006
DISTRICT OF HAWAII

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)