IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____ U.S. District Court Case No. Cr02-00226 DAE-02

Short Case Title __U.S.A. vs. Loren D. Hammond__

Date Notice of Appeal Filed by Clerk of District Court __June 9, 2006__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 17 2006
at 1 o'clock and 35 min P.M.
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDING |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| May 25, 2006 | Cynthia Fasio | Other (please specify) Revocation Hearir |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __June 12, 2006__  Estimated date for completion of transcript _____
Print Name of Attorney __Richard D. Gronna__   Phone Number __523-2441__
Signature of Attorney _____
Address __820 Mililani Street, Suite 502   Honolulu, Hawaii   96813__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
    (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __7/28/06__ Court Reporter's Signature __produced by Cynthia Fazio__

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia          08-08-06        BY: _____
(U.S. District Court Clerk)   (date)              DEPUTY CLERK