FILED

NOV 14 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-10384 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00226-DAE |
| v. | District of Hawaii (Honolulu) |
| LOREN D. HAMMOND, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 17 2006
DISTRICT OF HAWAII

The motion of Richard D. Gronna, Esq., to withdraw as counsel of record under *Anders v. California*, 386 U.S. 738 (1967), is referred to the panel assigned to hear the merits of this appeal.[1] The panel will conduct an independent review of the record. *See Penson v. Ohio*, 488 U.S. 75, 82-83 (1988). After it conducts its review, the merits panel will determine whether counsel may be allowed to withdraw and whether new counsel will be appointed. *See id.* at 83.

Appellant may file a pro se supplemental opening brief raising any issues by December 1, 2006. On or before January 2, 2007, appellee shall file the answering brief or notify this court by letter that no answering brief will be filed. *See* 9th Cir.

---

[1] Counsel is reminded that motion requesting permission to withdraw as counsel of record must affirm that counsel conducted a conscientious, diligent and thorough evaluation of the case, before concluding that the appeal is frivolous. *See McCoy v. Court of Appeals of Wisconsin*, 486 U.S. 429, 430, 438-39 (1988).

R. 31-2.3 (failure by appellee to file brief or notify the court that no brief will be filed may result in the imposition of sanctions). If appellee files the answering brief, the optional reply brief will be due within 14 days after service of the answering brief.

The clerk of the district court shall forward to this court the clerk's record within 10 days of receipt of this order. See 9th Cir. R. 11-4.4.

Counsel is reminded that a motion to withdraw as counsel of record and a brief filed pursuant to *Anders* must be accompanied by proof that counsel has served the motion and brief on appellant. See 9th Cir. R. 4-1(c)(6). Counsel's proof of service does not include petitioner's address. To confirm that counsel has complied with this rule, within 10 days of the filing date of this order, counsel shall provide appellant with a copy of this order, his motion to withdraw, and the opening brief, and file proof of such service with this court showing appellant's registration number and address. Failure to comply with this order may result in the imposition of sanctions on appellant's counsel. See 9th Cir. R. 46-2.

                                              For the Court

                                              Alexandra Robert Gordon
Staff Attorney/ Deputy Clerk
9th Cir. R. 27-7
General Order 6.3(a)