UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 05 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LOREN D. HAMMOND,<br><br>Defendant - Appellant. | No. 06-10384<br><br>D.C. No. CR-02-00226-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 08 2007

at __10__ o'clock and __00__ min __A__ M
SUE BEITIA, CLERK

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

All pending motions are denied as moot.

The certified copy of this order sent to the district court shall constitute the mandate.

_____
Peter L. Shaw
General Order 6.3(e)

A TRUE COPY   3/5/07
ATTEST

CATHY A. CATTERSON
Clerk of Court

by
Deputy Clerk

S:\MOATT\Cmshords\02.07\nw\06-10384vd.wpd

180

INTERNAL USE ONLY: Proceedings include all events.
06-10384 USA v. Hammond, et al

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Constance Hassell<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>Thomas C. Koenig, Esq.<br>808/541-2850<br>Rm 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| LOREN D. HAMMOND<br>    Defendant - Appellant | Loren D. Hammond<br>#88988-022<br>[COR LD NTC prs]<br>FCIS - FEDERAL CORRECTIONAL<br>INSTITUTION (SHERIDAN)<br>P.O. Box 5000<br>Sheridan, OR 97378-5000<br><br>Richard D. Gronna, Esq.<br>FAX 808/521-4800<br>808/523-2441<br>Ste. 502<br>[COR LD NTC cja]<br>LAW OFFICES OF RICHARD D.<br>GRONNA<br>Haseko Center<br>820 Mililani St.<br>Honolulu, HI 96813 |