ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00226DAE |
| Plaintiff, | ) | |
| vs. | ) | |
| LOREN HAMMOND, | ) | |
| Defendant/Movant,. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

**MOTION TO MODIFY AN IMPOSED TERM
OF IMPRISONMENT PURSUANT TO THE
U.S.S.G. & 18 U.S.C. § 3582**

Comes Now, the above captioned Defendant (hereinafter referred to as "The Movant") in pro se, to respectfully ask and move this Honorable Court in the present **"MOTION TO MODIFY AN IMPOSED TERM OF IMPRISONMENT"** Pursuant To The U.S. Sentencing Guideline And 18 U.S.C. § 3582(c). Where, the movant provides:

§ 3582.

(c) MODIFICATION OF AN IMPOSED TERM OF IMPRISONMENT: The court may not modify an imposed term of imprisonment once it has been imposed except that-

(1) In any Case

(A)

(2) In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing

Commission pursuant to 28 U.S.C. § 994(h), upon the motion of the defendant or the Director of the Bureau of prisons, or on it's own motion, may reduce the term of imprisonment, after considering the factors set out in section § 3553 (a) to the extent they are applicable, if such reduction is consistant with applicable policy statements issued by the Sentencing Commission. id. Whereby, And through the afore said, the present Movant ask this court to modify his term of imprisonment based on the Retroactive Amendment made by the Sentencing Commission On November, 2007 and which also effectively alters the 18 U.S.C. § 3583(g) Guideline sentence for which he is presently serving, and pursuant to U.S.S.G. §2D1.1, level 12.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 02-00226DAE |
| Plaintiff, ) | |
| vs. ) | |
| LOREN HAMMOND, ) | |
| Defendant/Petititoner,. ) | |

**MOTION TO MODIFY AN IMPOSED**

**TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C.**

**§3582(c)**

Comes Now, the above captioned petitioner, in pro se, to respectfully move this Honorable Court to modify the above captioned imposed term of the petitioner's imprisonment which is based on the U.S. Sentencing Commission's retroactive application of the new Amendment to the Guidelines,. Further and for the respectul facillitation of this Honorable Court's fact-finding endeavour the petitioner provides:

A.) The present petitioner was sentenced before this Court on 1-21-2003 to 27 month term of imprisonment for the violation of 21 U.S.C. § 841(a)(1) & 860, (Distribution in or near schools) cocaine base 5-22-02 CT 2,.

1

B.) Whereby, this Honorable Court accepted the petitioner's single guilty plea to Distribution in or near schools and collages, Where this Court Judged that "Mr. Hammond should be sentenced at a criminal history IV and base offense level of 12, based upon the 2D1.1(c) November 1, 2002 U.S. Guideline Manual."

C.) However, The United States Sentencing Commission has retroactively Amended Section 2D1.1(c) which the petitioner received his base offense level of 12 for (Less than 250MG of Cocaine base). Because of the United States Sentencing Commission's decision to make Amendment's to reduces crack penalties by 2 points under § 2D1.1(c), petitioner's original sentence of 27 months imprisonment followed by 6 years of supervision would be reduced from 21-27 months to 15-21 months with a 3 years of supervision.

D.) Whereby, the present petitioner respectfully ask the Honorable Court for consideration concerning the above captioned Retroactive Amendment, and reduce his remaining term of imprisonment for the violation of supervised release which effectively would place his original Guideline score/term of 36 months to time served which he has already completed and the present action will now serve towards his immediate release when this Honorable Court makes the 2 level deduction portion of his sentence.

## CERTIFICATE OF SERVICE

I hereby certify that on this _12_ day of _December_ 2007 a true and accurate copy of the foregoing was mailed, first class postage pre-paid, addressed as follows:

TO:  Thomas C. Koenig
     Office of the United States Attorney
     Prince Kuhio Federal Building
     300 Ala Moana Blvd, Ste 6100
     Honolulu, HI  96850-06100

TO:  United States Office of the Clerk
     Prince Kuhio Federal Building
     300 Ala Moana Blvd, Ste _C-338_
     Honolulu, HI  96850-_0338_

                    BY: Loren D. Hammond
                        USMS. No.: #88988-022
                        FCI ENGLEWOOD
                        9595 W. Quincy Ave.
                        Littleton, Colorado
                              80123-1159

_____
MOVANT'S SIGNATURE