

Loren D Hammond III,
USMS No. #86988-022
Federal Correctional Institution Englewood
9595 W. Quincy Ave.
Littleton, CO 80123-1159

( Legal Mail )

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**
**300 ALA MOANA BLVD., C-338**
**HONOLULU, HAWAII 96850-0338**
**CLERK**
—
**OFFICIAL BUSINESS**
**RETURN SERVICE REQUESTED**

INMATE SYSTEM MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 W. QUINCY AVENUE
LITTLETON, CO. 80123

DATE/INITIALS

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER
BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH
TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION.
IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO
ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE
ADDRESS.