Loren D. Hammond, III
USMS No.: #88988-022
Federal Correctional Institution ENGLEWOOD
9595 W. Quincy Avenue
Littleton, Colorado 80123-1159

(LEGAL MAIL)

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
Honolulu, Hawaii 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 07 2008
DISTRICT OF HAWAII

INMATE SYSTEM MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 W. QUINCY AVENUE
LITTLETON, CO. 80123
DATE/INITIALS: 12-08 [initials]

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.