*w:dee*   *mailed filed copy to π.*

# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 4 2008

at /  o'clock and 35 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

*********************

| | |
|---|---|
| LOREN D. HAMMOND, Petitioner/Defendant Pro Se <br><br> v <br><br> UNITED STATES OF AMERICA Plaintiff | NOTICE OF APPEAL <br><br> Case# 1:02-cr-00226DAE-02 |

Notice is hereby given that Loren D. Hammond, defendant and petitioner pro se, hereby appeals to the United States Court of Appeals for the 9th Circuit from the denial and final judgement of petitioner/defendants Modification of Term of Imprisonment, that was denied by a order of this District Court on the 15th day of January, 20 08.

Done and Dated this 28th day of January 20 08.

By: [signature]

Petitioner/Defendant Pro Se
Federal Correctional Inst.
9595 West Quincy Avenue
Littleton, Colorado  80123