Loren D. Hammond III,
USMS No.: #88988-022
Federal Correctional Institution - ENGLEWOOD
9595 W. Quincy Avenue
Littleton, CO  80123-1159

(LEGAL MAIL)

United States District Court
For the District of Hawaii
300 Ala Moana Blvd. C-100
Honolulu, HI  96850-0100    CLERK U.S. DISTRICT COURT

CLERK

RECEIVED

FEB 04 2008
1:35 pm
DISTRICT OF HAWAII

INMATE SYSTEM MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 W. QUINCY AVENUE
LITTLETON, CO 80123

DATE/INITIALS

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING