**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

February 13, 2008

Thomas C. Koenig
Office of the Prosecuting Attorney
1060 Richards St., Fl 10
Honolulu, HI  96813


IN RE:      U.S.A v. LOREN D. HAMMOND
CR NO.     CR 02-00226DAE-02


Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 02/04/08.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk
By     Laila M. Geronimo
Deputy


Enclosures

cc:     Clerk, 9th CCA w/copy of NA,
            docket sheet, dfnf
        Loren Hammond, pro se
            with copy of instructions for criminal appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet

TO:        Clerk, U.S. Court of Appeals                                    Date: February 13, 2008

FROM:   Clerk, U.S. District Court, Hawaii

SUBJECT:  New Appeals Docketing Information, Criminal Case

CASE INFORMATION

COMPLETE TITLE:     U.S.A. vs LOREN D. HAMMOND

U.S.D.C CASE NO.     CR 02-00226DAE-02

U.S.D.C. JUDGE:        David Alan Ezra

COMPLAINT (✓), INDICTMENT (x), INFORMATION ( ), PETITION ( ), FILED: 05/24/02; 05/30/02

APPEALED ORDER FILED:     01/15/08

NOTICE OF APPEAL FILED:     02/04/08

COUNSEL INFORMATION

APPELLANT:
Loren Hammond, pro se
88988-022
FCI Englewood
Federal Correctional Institution
Inmate Mail/Parcels
9595 West Quincy Av

APPELLEE:
Thomas C. Koenig
Office of the Prosecuting Attorney
1060 Richards St., Fl 10
Honolulu, HI  96813

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA 12/20/02

(e.g. C.J.A., Public Defender, Other.)

DEFENDANT INFORMATION

ADDRESS:                              CUSTODY:           ✓

                                              BAIL:                   __

F/P GRANTED:     __
                                              COUNSEL WAIVED:  __

NO OF DAYS OF TRIAL:  N/A

                                              COURT REPORTER(S):  N/A

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**   U.S.A. vs. LOREN D. HAMMOND

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 02-00226DAE-02

II   **DATE NOTICE OF APPEAL FILED:**   02/04/08

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**   CJA Appointed on 12/20/02

   **DOCKET FEE PAID ON:**   **AMOUNT:**

   **NOT PAID YET:**   **BILLED:**

   **U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**   **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note:   This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)