UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. SHORT CASE TITLE: U.S.A. vs. LOREN D. HAMMOND       **08-10067**

U.S. COURT OF APPEALS DOCKET NUMBER:_____

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

U.S. DISTRICT COURT DOCKET NUMBER: CR 02-00226DAE-02

II DATE NOTICE OF APPEAL FILED:   02/04/08

III U.S. COURT OF APPEALS PAYMENT STATUS:   CJA Appointed on 12/20/02

DOCKET FEE PAID ON:            AMOUNT:

NOT PAID YET:                  BILLED:

U.S. GOVERNMENT APPEAL:        FEE WAIVED:

WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?

IF YES, SHOW DATE:

WAS F.P. STATUS REVOKED:       DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV COMPANION CASES, IF ANY:

V. COMPLETED IN THE U.S. DISTRICT COURT BY:

Laila M. Geronimo

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 22 2008
DISTRICT OF HAWAII

AMENDED NOTIFICATION _____ PAID_____ F.P._____
DISTRICT COURT CLERK BY:_____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)