ORIGINAL

LAW OFFICE OF RICHARD D. GRONNA

RICHARD D. GRONNA #5391
Haseko Center
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone: (808) 523-2441
Facsimile: (808) 521-4800
E-mail: rgronna@hawaii-personal-injury.com

Attorney for Defendant
LOREN D. HAMMOND

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 19 2008
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00226-DAE |
|---|---|
| vs. | ) |
| | ) NOTICE OF MOTION; MOTION TO |
| | ) WITHDRAW AS COUNSEL; |
| LOREN D. HAMMOND, | ) DECLARATION OF COUNSEL; |
| | ) CERTIFICATE OF SERVICEE |
| Defendant. | ) Date: _____ |
| | ) Time: _____ |
| | ) Judge: _____ |

NOTICE OF MOTION

TO:   LOUIS A. BRACCO, ESQ.
      UNITED STATES ATTORNEY
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii 96813

Please take Notice that the foregoing motion will be presented before the Honorable _____, in the

1

Courtroom of said Judge located at United States District Court, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, the \_\_\_\_\_ day of _____, at the hour of _____, of said day, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, March 19, 2008.

RICHARD D. GRONNA
Attorney for Defendant