IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00226-DAE |
| | ) |
| | ) |
| vs. | ) MOTION TO WITHDRAW AS COUNSEL; |
| | ) |
| | ) |
| LOREN D. HAMMOND, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| . | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

## MOTION TO WITHDRAW AS COUNSEL

RICHARD D. GRONNA, court appointed legal counsel for Defendant LOREN D. HAMMOND, hereby moves this Honorable Court for an Order allowing him to withdraw as counsel for Defendant Hammond.

This motion is made pursuant to Rule 7(b) of the Rules of the United States District Court for the District of Hawaii, Rules 12.3 and 57.9 of the Federal Court Rules of Criminal Procedure, the attached Declaration of Counsel, the records and files herein, and upon such other and further evidence as may be presented at the time of the hearing of this motion.

## DECLARATION OF COUNSEL

I, Richard D. Gronna, declare that:

1.   I was the court appointed legal counsel for
     Defendant LOREN D. HAMMOND, in this matter before
     this court.

2.   A revocation hearing was held before this court
     on May 25, 2006, wherein Defendant Hammond was
     re-sentenced for violating terms and conditions
     of his probation.

3.   Judgment in this case was entered in this court
     on June 6, 2006.

4.   On June 9, 2006, Declarant filed on behalf of the
     defendant, a Notice of Appeal from the Judgment
     entered on June 6, 2006. The Appellate Case
     number assigned to this particular appeal was
     **USCA No. 06-10384.**

5.   On August 17, 2006, a Final Judgment on USCA No.
     06-10384 was filed by Loren Hammond.

6.   Thereafter Declarant submitted to the 9th Circuit
     a motion to withdraw as counsel of record under
     *Anders v. California*, 386 U.S. 738 (1967), and
     the motion was referred to the panel assigned to
     the merits of this appeal.

7.   On November 14, 2006, the 9th Circuit issued an
     Order on Richard D. Gronna's motion to withdraw
     indicating that the motion was referred to the
     merits panel to determine whether counsel may be
     allowed to withdraw and whether new counsel will
     be appointed.  The Order also instructed
     Appellant to file any pro supplemental brief by
     December 1, 2006.

8.   Thereafter Declarant returned all files to
     Appellant's with instructions that he is to
     proceed pro se.

9.   On March 8, 2007, a Final Judgment under USCA Case No. 06-10384 was issued by the 9th Circuit.

10.  Declarant has not been in contact with Defendant Hammond since November of 2006.

11.  Defendant Hammond did not consult nor notify Declarant of the Notice of Appeal filed on February 4, 2008, as he was apparently proceeding with this new appeal pro se. Defendant Hammond did not seek reappointment of new counsel.

12.  Declarant first learned of this new Appeal filed by Defendant Loren Hammond, under **C.A. Docket No. 08-10067** by a March 10, 2008 memorandum issued by the 9th Circuit.

13.  Declarant had sent a letter to the 9th Circuit requesting formal decision of his motion to withdraw as counsel under **USCA No. 06-10384** referred to the panel on or about November 14, 2006.

14.  Declarant is requesting formal withdrawal as last counsel of record for Defendant Hammond under **Cr. No. 02-00226-DAE-2**.

Based upon the aforementioned, declarant respectfully requests this Honorable Court to grant this Motion to Withdraw as Counsel, and appoint new panel attorney to represent Defendant Hammond for his new appeal under **C.A. Docket No. 08-10067**.

5

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAII THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March 18, 2008.

RICHARD D. GRONNA