CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person by the following manner on or about the date of filing:

| | |
|---|---|
| LOUIS A. BRACCO, ESQ.<br>Assistant U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, Hawaii 96813<br><br>Attorney for State of Hawaii | Hand-Delivery |
| LOREN D. HAMMOND<br>Federal ID No.: 8898802<br>FCI Sheridan<br>27072 Ballston Road<br>Sheridan, Oregon 97378-9601<br><br>Defendant | Regular Mail |

DATED:   Honolulu, Hawaii   March 19, 2008.

RICHARD D. GRONNA

7