## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 7, 2008

Clerk, U.S. Court of Appeals
for the Ninth Circuit
95 Seventh Street
P O Box 193939
San Francisco, California 94119-3939

    Re:    USDC for the District of Hawaii Case No. 1:02-cr-00226-DAE-02
            USA vs. Loren D. Hammond
            **9CCA case number 08-10067**

Dear Madam Clerk:

    Per the instruction of the Honorable David Alan Ezra and for consideration by the appellate court, please find enclosed a certified copy of attorney Richard D. Gronna's Motion to Withdraw as Counsel for defendant Loren D. Hammond.

    Sincerely Yours,

    SUE BEITIA, CLERK
    /s/ Anna F. Chang
    by: Anna F. Chang
        Deputy Clerk

encl.

LAW OFFICE OF RICHARD D. GRONNA

RICHARD D. GRONNA #5391
Haseko Center
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone: (808) 523-2441
Facsimile: (808) 521-4800
E-mail: rgronna@hawaii-personal-injury.com

Attorney for Defendant
LOREN D. HAMMOND

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 19 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII     9CCA 08-10067

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00226-DAE |
|---|---|
| vs. | ) |
| LOREN D. HAMMOND, | ) NOTICE OF MOTION; MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICEE |
| Defendant. | ) Date: _____<br>) Time: _____<br>) Judge: _____ |

NOTICE OF MOTION

TO:  LOUIS A. BRACCO, ESQ.
     UNITED STATES ATTORNEY
     PJKK Federal Building
     300 Ala Moana Boulevard, Room 6100
     Honolulu, Hawaii  96813

Please take Notice that the foregoing motion will be presented before the Honorable _____, in the

1

2

Courtroom of said Judge located at United States District Court, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, the ____ day of _____, at the hour of _____, of said day, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, March 19, 2008.

_____
RICHARD D. GRONNA
Attorney for Defendant

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00226-DAE |
| | ) |
| vs. | ) MOTION TO WITHDRAW AS COUNSEL; |
| | ) |
| LOREN D. HAMMOND, | ) |
| | ) |
| Defendant. | ) |

MOTION TO WITHDRAW AS COUNSEL

RICHARD D. GRONNA, court appointed legal counsel for Defendant LOREN D. HAMMOND, hereby moves this Honorable Court for an Order allowing him to withdraw as counsel for Defendant Hammond.

This motion is made pursuant to Rule 7(b) of the Rules of the United States District Court for the District of Hawaii, Rules 12.3 and 57.9 of the Federal Court Rules of Criminal Procedure, the attached Declaration of Counsel, the records and files herein, and upon such other and further evidence as may be presented at the time of the hearing of this motion.

DECLARATION OF COUNSEL

I, Richard D. Gronna, declare that:

3

1.  I was the court appointed legal counsel for Defendant LOREN D. HAMMOND, in this matter before this court.
2.  A revocation hearing was held before this court on May 25, 2006, wherein Defendant Hammond was re-sentenced for violating terms and conditions of his probation.
3.  Judgment in this case was entered in this court on June 6, 2006.
4.  On June 9, 2006, Declarant filed on behalf of the defendant, a Notice of Appeal from the Judgment entered on June 6, 2006. The Appellate Case number assigned to this particular appeal was **USCA No. 06-10384.**
5.  On August 17, 2006, a Final Judgment on USCA No. 06-10384 was filed by Loren Hammond.
6.  Thereafter Declarant submitted to the 9th Circuit a motion to withdraw as counsel of record under *Anders v. California*, 386 U.S. 738 (1967), and the motion was referred to the panel assigned to the merits of this appeal.
7.  On November 14, 2006, the 9th Circuit issued an Order on Richard D. Gronna's motion to withdraw indicating that the motion was referred to the merits panel to determine whether counsel may be allowed to withdraw and whether new counsel will be appointed. The Order also instructed Appellant to file any pro supplemental brief by December 1, 2006.
8.  Thereafter Declarant returned all files to Appellant's with instructions that he is to proceed pro se.

9. On March 8, 2007, a Final Judgment under USCA Case No. 06-10384 was issued by the 9th Circuit.
10. Declarant has not been in contact with Defendant Hammond since November of 2006.
11. Defendant Hammond did not consult nor notify Declarant of the Notice of Appeal filed on February 4, 2008, as he was apparently proceeding with this new appeal pro se. Defendant Hammond did not seek reappointment of new counsel.
12. Declarant first learned of this new Appeal filed by Defendant Loren Hammond, under **C.A. Docket No. 08-10067** by a March 10, 2008 memorandum issued by the 9th Circuit.
13. Declarant had sent a letter to the 9th Circuit requesting formal decision of his motion to withdraw as counsel under **USCA No. 06-10384** referred to the panel on or about November 14, 2006.
14. Declarant is requesting formal withdrawal as last counsel of record for Defendant Hammond under **Cr. No. 02-00226-DAE-2**.

Based upon the aforementioned, declarant respectfully requests this Honorable Court to grant this Motion to Withdraw as Counsel, and appoint new panel attorney to represent Defendant Hammond for his new appeal under **C.A. Docket No. 08-10067**.

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAII THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on <u>March 18, 2008.</u>

RICHARD D. GRONNA

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person by the following manner on or about the date of filing:

| | |
|---|---|
| LOUIS A. BRACCO, ESQ.<br>Assistant U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, Hawaii  96813 | Hand-Delivery |

Attorney for State of Hawaii

| | |
|---|---|
| LOREN D. HAMMOND<br>Federal ID No.: 8898802<br>FCI Sheridan<br>27072 Ballston Road<br>Sheridan, Oregon  97378-9601 | Regular Mail |

Defendant

DATED:    Honolulu, Hawaii  March 19, 2008.

RICHARD D. GRONNA

7