ORIGINAL

**FILED**

UNITED STATES COURT OF APPEALS

JUN 06 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-10067 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00226-DAE-2 District of Hawaii, Honolulu |
| v. | |
| LOREN D. HAMMOND, | ORDER |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 09 2008

at //  o'clock and 3 min. A M.
SUE BEITIA, CLERK

Before: Peter L. Shaw, Appellate Commissioner.

The Clerk shall file the motion for appointment of counsel, received on February 22, 2008.

Appellant's motion for appointment of counsel in this appeal from the denial of a motion to modify a sentence of imprisonment is granted. *See* 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Counsel will be appointed by separate order.

The Clerk shall serve this order by facsimile transmission on Magistrate Judge Barry M. Kurren, U.S. District Court for the District of Hawaii, P.O. Box 50122, Honolulu, Hawaii 96850, (FAX: (808) 541-3500), who will locate appointed counsel. The district court shall provide this court with the name and

ST/MOATT

address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within fourteen days of locating counsel.

The motion of former counsel Richard D. Gronna, Esq., to withdraw as counsel is granted.

The Clerk shall serve a copy of this order separately on appellant's former counsel, Richard D. Gronna, Esq., Law Offices of Richard D. Gronna, Haseko Center, Ste. 502, 820 Mililani St., Honolulu, Hawaii 96813.

The Clerk shall strike the briefs previously received in this appeal.

The opening brief and excerpts of record is due August 5, 2008; the answering brief is due September 4, 2008; and the optional reply brief is due within fourteen days after service of the answering brief.