# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __08-10067__     U.S. District Court Case No. __CR-02-00226-02-DAE__

Short Case Title __United States of America v. Loren Hammond__

Date Notice of Appeal Filed by Clerk of District Court __February 4, 2008__

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUN 20 2008
at __10__ o'clock and __4__ min. __P__ M.
SUE BEITIA, CLERK

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 01/21/2003 | Cynthia Fazio | Sentencing |
| 5/25/2006 | Cynthia Fazio | Order to Show Cause Why Supervised Release Should Not Be Revoked |

(Attach additional page for designations if necessary) PLEASE SEE ATTACHMENT

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( )  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __06/18/2008__     Estimated date for completion of transcript ____

Print Name of Attorney __Georgia K. McMillen__     Phone Number __(808) 242-4343__

Signature of Attorney ____

Address __Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793__

### SECTION B - To be completed by court reporter

I, ____(Signature of court reporter)____ have received this designation.

( ) Arrangements for payment were made on ____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

____ Approximate Number of Pages in Transcript – Due Date ____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed ____     Court Reporter's Signature ____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia ____     BY: ____
(U.S. District Court Clerk)     (Date)     DEPUTY CLERK

## INSTRUCTIONS FOR TRANSCRIPT DESIGNATION AND ORDERING FORM

### INSTRUCTIONS FOR ATTORNEYS
(1) Complete Section A, place additional designations on blank paper if needed.
(2) File Original with district court.
(3) Serve a copy on opposing counsel(s). Make additional photocopies if necessary.
(4) Serve a copy on each court reporter. (Make additional copies if necessary.) Contact Court reporter(s) to make further arrangements for payment.
(5) Continue to monitor progress of transcript preparation.

### INSTRUCTIONS FOR COURT REPORTER
Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.

(1) When designation is received, contact the attorney regarding payment.
(2) Complete section B and send to court of appeals in compliance with FRAP 10(b).
(3) Complete section C and send to the district court upon completion of the transcript(s).

### INSTRUCTIONS FOR CLERK
Section D (Certificate of Record) should be completed and transmitted to the court of appeals by the district court clerk when transcript are filed and the record is complete in the district court.